FILED ___ ENTERED
LOGGED ___ RECEIVED

OCT 1 0 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ /s/ ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| ANGEL MANFREDI CAMPOS-MELENDEZ, | * CRIMINAL NO. 25-mj-02540 |
| Defendant. | * |

*******

## MOTION TO UNSEAL

The United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Joel Crespo Assistant United States Attorney for said District, moves this Honorable Court for an order unsealing the Criminal Complaint and Affidavit, and all other docket entries in the above-captioned matter. The Defendant is in custody, thereby obviating the need to maintain the case under seal any longer.

**WHEREFORE**, the Government requests that the Criminal Complaint and all other docket entries be unsealed.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: ___/s/___
Joel Crespo
Assistant United States Attorney

**ORDERED** as prayed, this 10th day of October, 2025.

_____
Honorable Timothy J. Sullivan
Chief United States Magistrate Judge